# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY MCQUINN,<br><br>Defendant. | 8:16CR299<br><br>ORDER |

The government has filed Motion for Dismissal [Filing No. 100] of the Petition for Offender Under Supervision [Filing No. 67].

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 67], filed herein, is dismissed, without prejudice.

Dated this 25th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge